UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| XIN ZHANG, | ) | Case No.: C 07-2238 PVT |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING SCHEDULE FOR** |
| | ) | **CROSS-MOTIONS FOR SUMMARY** |
| v. | ) | **JUDGMENT, AND CONTINUING** |
| | ) | **CASE MANAGEMENT** |
| ALBERTO GONZALES, et al., | ) | **CONFERENCE** |
| | ) | |
| Defendants. | ) | |

On August 7, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the parties shall file their cross-motions for summary judgment no later than September 4, 2007. The parties shall file their respective oppositions no later than September 18, 2007. Absent further order of the court, no replies may be filed. The motions will be heard at 10:00 a.m. on October 2, 2007.

IT IS FURTHER ORDERED that the Case Management Conference is CONTINUED to 2:00 p.m. on November 6, 2007.

Dated: August 8, 2007

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*