1  Justin Fok, Esq., CSB#242272
   Law Offices of Jean D. Chen
2  2107 N. 1st Street, Suite 300
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile: (408) 437-9788
   Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiff
   Xin Zhang
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11
   **Xin Zhang**                              )  Case No. C 07-2238 PVT
12                                            )
            Plaintiff,                        )
13                                            )
14       v.                                   )  **STIPULATION TO EXTEND SUMMARY**
                                              )  **JUDGMENT HEARING DATE; AND**
   **Alberto Gonzales**, United States Attorney )  [PROPOSED] **ORDER**
15 General, U.S. Department of Justice;       )
   **Michael Chertoff**, Secretary of the     )
16 Department of Homeland Security;           )
17 **Emilio T. Gonzalez**, Director of United States )
   Citizenship and Immigration Services;      )
18 **Christina Poulos**, Director of California )
19 Service Center, United States Citizenship and )
   Immigration Services;                      )
20 **David Still**, San Francisco District Director, )
   United States Citizenship and Immigration  )
21 Services;                                  )
22 **Robert S. Mueller, III**, Director of the )
   Federal Bureau of Investigation:           )
23                                            )
            Defendants.                       )
24 _____)

25

26 Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney of

27 record, hereby stipulate, subject to approval of the Court, to a 7 day extension of the Summary

28 Judgment Hearing date in the above-entitled action. A Summary Judgment Hearing is currently

Case No. C 07-2238 PVT                    1
STIPULATION TO EXTEND SUMMARY JUDGMENT HEARING DATE; AND
[PROPOSED] ORDER

scheduled for October 2, 2007; Counsel for Plaintiff will be unavailable on this date. The parties respectfully request a new Summary Judgment Hearing date of October 9, 2007 at 10:00 AM. Parties will file their cross-motions for summary judgment on September 11, 2007, with their oppositions filed no later than September 25, 2007.

Respectfully Submitted,

Dated: August 20, 2007

/s/
Justin G. Fok
Law Offices of Jean D. Chen
Attorney for Plaintiff

Dated: August 20, 2007

/s/
Ila C. Deiss
Assistant United States Attorney
Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 8/21/07

Patricia V. Trumbull
United States Magistrate Judge

Case No. C 07-2238 PVT                    2
STIPULATION TO EXTEND SUMMARY JUDGMENT HEARING DATE; AND [PROPOSED] ORDER