UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| XIN ZHANG, | ) | Case No.: C-07-02238 PVT |
| Plaintiff, | ) ) ) | **ORDER VACATING HEARING DATE FOR PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| v. | ) ) | |
| ALBERTO GONZALES, et al., | ) ) | **[Docket Nos. 13, 14, 15]** |
| Defendants. | ) ) | |

The parties' cross-motions for summary judgment is currently set for hearing on October 9, 2007.  The court finds that the cross-motions are suitable for adjudication on the papers. *See,* Civ. L.R. 7-1(b).  Accordingly, IT IS HEREBY ORDERED that the October 9, 2007 hearing date is vacated and the motion shall be adjudicated on the papers submitted.

Dated: October 3, 2007

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge