1  Justin Fok, Esq., CSB#242272
   Law Offices of Jean D. Chen
2  2107 N. 1st Street, Suite 400
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiff
   Xin Zhang
7

FILED

NOV 0 6 2007

CLERK
NORTHERN ...

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11
   **Xin Zhang**                                 ) Case No. C 07-2238 PVT
12                                               )
                Plaintiff,                       )
13                                               )
         v.                                      )
14                                               )  STIPULATION TO APPEAR
   **Peter D. Keisler**,[1] Acting United States )  TELEPHONICALLY FOR CASE
15 Attorney General, U.S. Department of Justice; )  MANAGEMENT CONFERENCE; AND
   **Michael Chertoff**, Secretary of the        )  [PROPOSED] ORDER
16 Department of Homeland Security;              )
17 **Emilio T. Gonzalez**, Director of United States )
   Citizenship and Immigration Services;        )
18 **Robert S. Mueller III**, Director of the Federal )
19 Bureau of Investigation,                      )
                                                 )
20              Defendants.                      )
                                                 )
21                                               )

22

23       Plaintiff, by and through her attorney of record, and Defendants, by and through their

24  attorney of record, hereby stipulate, subject to approval of the Court, to appear telephonically for

25  the Case Management Conference for the above captioned case on November 6, 2007 at 2:00

26  PM.

27
_____
28
   [1] Peter D. Keisler is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.
   Case No. C 07-2238 PVT                        1
   STIPULATION TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT
   CONFERENCE; AND [PROPOSED] ORDER

Respectfully Submitted,

Dated: November 2, 2007

/s/
Justin G. Fok
Law Offices of Jean D. Chen
Attorney for Plaintiff

Dated: November 5, 2007

/s/
Ila C. Deiss
Assistant United States Attorney
Attorney for Defendants

**ORDER**

Pursuant to stipulation of the parties, both parties are hereby ordered to appear telephonically for the Case Management Conference for the above captioned case on November 6, 2007 at 2:00 PM. IT IS SO ORDERED.

Dated: 11/6/07

PATRICIA V. TRUMBULL
United States Magistrate Judge

Case No. C 07-2238 PVT                      2
STIPULATION TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER