SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XIN ZHANG, <br><br>         Plaintiff, <br><br>    v. <br><br> ALBERTO GONZALES, United States Attorney General, U.S. Department of Justice; <br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; <br> EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; <br> CHRISTINA POULOS, Director of the California Service Center, United States Citizenship and Immigration Services; <br> DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services; <br> ROBERT S. MUELLER, Director of the Federal Bureau of Investigation, <br><br>         Defendants. | No. C 07-2238 PVT <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiff, by and through her attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application.

    Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C07-2238 PVT                             1

Dated: November 26, 2007          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

                                            /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: November 26, 2007                       /s/
JUSTIN FOK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 11/28/07                                  *Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge